UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-po-00354-DB |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE COURT TRIAL |
| v. | ) ) | |
| MICHAEL L. SAGE, | ) | DATE: June 27, 2019 |
| Defendant. | ) ) | TIME: 9:00 a.m. JUDGE: Honorable Deborah Barnes |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-po-00354-DB without prejudice is GRANTED.

It is further ordered that the court trial scheduled on June 27, 2019, is vacated.

IT IS SO ORDERED.

Dated: June 26, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND VACATE TRIAL           1           U.S. v. MICHAEL L. SAGE